IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| MATT NASUTI, | ) |
| | ) Civil No. 3:22-cv-00025 |
| Plaintiffs, | ) |
| | ) |
| v. | ) NOTICE OF REMOVAL |
| | ) |
| ADRIAN HOLM, | ) |
| | ) |
| Defendants. | ) |

TO:  The Honorable Judge of the
United States District Court for the
Southern District of Iowa

COMES NOW the United States of America, by its attorney, Jason R. Lawrence, Assistant United States Attorney for the Southern District of Iowa, on behalf of the named Defendant, Adrian Holm, and, pursuant to 28 U.S.C. Sec. 1446(a), respectfully states the following:

1. Plaintiffs have commenced a civil action alleging, among other things, medical malpractice by defendant Dr. Adrian Holm.

2. At all times relevant, the Defendant Adrian Holm, was an employee of Iowa City VA Medical Center, an agency of the United States of America, and was acting within the scope of his official duties.

3. Said suit is a civil action in the District Court for Johnson County, Iowa, case number SCSC101556 and no trial has been held thereon.  Copies of the Original Notice and Petition for Money Judgment served upon the Defendant is attached hereto as Exhibit "A".

4. This notice of removal is brought pursuant to 28 U.S.C. Sec. 1442(a)(1) and for the reasons that: (a) Plaintiff is seeking judgment for damages resulting from the allegedly wrongful

conduct of the Defendant; and (b) at all times relevant the Defendant was acting within the scope of his employment as an employee of the Iowa City VA Clinic in Iowa City, Iowa.

5. This civil action may be removed from the State Court to this Federal Court, without bond, pursuant to 28 U.S.C. § 1446.

WHEREFORE, the United States of America, on behalf of the named Defendant, prays that the above-captioned action now pending in the District Court for Johnston County, Iowa, case number SCSC101556, be removed to this Court and no further proceedings be had in said action in the District Court for Johnston County, Iowa.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: /s/Jason R. Lawrence
Jason R Lawrence
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: jason.lawrence2@usdoj.gov
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served by U.S. First Class Mail upon the following:

Matt Nasuti
2410 Broadway Street, Apt A.
Dubuque, IA 52001

/s/ Jason R. Lawrence
Jason R. Lawrence
Assistant U.S. Attorney