**Rule 17.100—Form 109:** *Application and Affidavit to Defer Payment of Costs*

**Petitioner uses this form** only if Petitioner cannot afford to pay the fees to file and serve the Petition.

- Use this form if it would cause you to suffer a hardship if you had to pay the filing fee and cost of serving papers.
- You may need to provide proof of your income and assets and your expenses.
- Costs and fees paid to someone other than the court or sheriff **cannot be waived.** For example, you may have to pay to publish a legal notice in the newspaper or to hire an expert to testify.

*If you do not understand how to use this form, or if you should use this form, talk to an attorney.*

**In the Iowa District Court for _____ Johnson _____ County**
*County where your case is filed*

| **Upon the Petition of** | Equity case no. _____ |
|---|---|
| Matt Nasuti | **Application and Affidavit to** |
| **Petitioner**  *Full name: first, middle, last* | **Defer Payment of Costs** |
| and concerning | |
| Adrian Holm | |
| **Respondent**  *Full name: first, middle, last* | |

## 1. Request

A. I am Petitioner.

B. For my Application and Affidavit, I state that:
   *Check all that apply*
   (1) [X] I am unable to pay the filing fee or service costs or other court costs.
   (2) [X] I ask the court for permission to proceed without prepayment of costs and fees.
   (3) [X] I am filing this Application and Affidavit in good faith.
   (4) [X] I believe I am entitled to what I am asking for in this case.

C. Household

   There are ___1___ people living in my household.
          *Number*

D. My household income is $ 1,801 _____ per month.
   *Put the total amount of all income and benefits before deductions for all members of your household.*

E. My income comes from:
   *List the sources of your income. Examples: salary, wages, or benefits such as unemployment, Title 19, FIP.*
   Social Security _____
   _____
   _____

Rule 17.100—Form 109: *Application and Affidavit to Defer Payment of Costs,* continued

F. My household has the following monthly expenses:
- (1) Rent or mortgage  $600
- (2) Utilities  $83
- (3) Phone  $69
- (4) Food  $775
- (5) Transportation  $30

G. I have $1,410 in cash, checking, and savings.

*Continued on next page*

Rule 17.100—Form 109: *Application and Affidavit to Defer Payment of Costs,* continued

## 2. Attorney Help

*Check one*

A. ☒ An attorney did not help me prepare or fill in this paper.

B. ☐ An attorney helped me prepare or fill in this paper.
*If you check B, you must fill in the following information:*

_____   _____
*Name of attorney or organization, if any*   *Attorney's P.I.N. # – Ask the attorney*

_____   _____   _____   _____
*Business address of attorney or organization*   *City*   *State*   *ZIP code*

(____)_____   (____)_____   _____
*Attorney's phone number*   *Attorney's fax number – optional*   *Attorney's email address – optional*

## 3. Certification of Service by Mailing or Delivery

Section 3 to be completed **only if filing in paper** or if the other party is **exempt** from electronic filing.
This document, if filed electronically, will automatically be served on registered parties.

I, _____, certify that on _____  _____, 20_____
*Print your name*   *Month*   *Day*   *Year*

I mailed or gave a copy of this Application and Affidavit to the other party or the other party's attorney at this address:

_____
*Name of person to whom I delivered or mailed it*

_____   _____   _____   _____
*Party's or attorney's mailing address*   *City*   *State*   *ZIP code*

## 4. Oath and Signature

I, Matt Nasuti_____, have read this Application and Affidavit, and I certify under
*Print your name*

penalty of perjury and pursuant to the laws of the State of Iowa that the information I have provided in this Application and Affidavit is true and correct.

MARCH  16 , 20 22   *Matt Nasuti*
*Signed on: Month*   *Day*   *Year*   *Your signature**

2410 Broadway St.           Dubuque           IA      52001
*Mailing address*           *City*           *State*   *ZIP code*

(____)_____   mattnasuti@hotmail.com   _____
*Phone number*   *Email address*   *Additional email address – if available*

* *Whether filing electronically or in paper, you must handwrite your signature on this form. If you are filing electronically, scan the form after signing it and then file electronically.*

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| MATT NASUTI<br>   PLAINTIFF(S)<br><br>vs<br><br>ADRIAN HOLM<br>   DEFENDANT(S) | ORDER FOR DEFERRAL OF COSTS<br><br>06521  SCSC101556 |

Plaintiff(s) request(s) deferral of the payment of the costs of the filing fee and service fee in this case.

Having reviewed the financial statement(s) of Plaintiff(s), the court grants the request for deferral of costs.  The clerk of court is directed to file this action without the pre-payment of filing fees, service fees or costs. The court will assess service fees and court costs at the conclusion of this matter.

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

E-FILED  SCSC101556 - 2022 MAR 23 12:24 PM  JOHNSON
CLERK OF DISTRICT COURT  Page 2 of 2



State of Iowa Courts

**Case Number** | **Case Title**
SCSC101556 | MATT NASUTI V. ADRIAN HOLM
**Type:** | Other Order

So Ordered

Chad Thomas, Magistrate,
Sixth Judicial District of Iowa

Electronically signed on 2022-03-23 12:24:37

E-FILED          08521 SCSC101556 - 2022 MAR 24 03:22 PM         JOHNSON
CLERK OF DISTRICT COURT                                          Page 1 of 1

CLERK OF DISTRICT COURT
417 S CLINTON ST
IOWA CITY, IA 52240-4108

**RETURN RECEIPT (ELECTRONIC)**

9269 3901 0661 5400 0174 1908 98

**SCSC101556**

ADRIAN HOLM
601 U.S. 6 WEST
**IOWA CITY, IA 52246**

**RESTRICTED DELIVERY**

Zone 1

CUT / FOLD HERE

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

**Exhibit A**
**6 of 11**

IMpbCertified8x5Label v2016.09.29.91

Small Claims Form 3.1: *Original Notice and Petition for a Money Judgment*

In the Iowa District Court for ___Johnson___ County

**Plaintiff(s)**
Matt Nasuti
(Name)
2410 Broadway St, Apt. A, Dubuque, IA 52001
(Address)

_____
(Name)
_____
(Address)

vs.

**Defendant(s)**
Adrian Holm
(Name)
601 U.S. 6 West, Iowa City, IA 52246
(Address)
_____
(Name)
_____
(Address)

SCSC 101556

**Original Notice and Petition for a Money Judgment**

If you need assistance to participate in court due to a disability, call the disability coordinator (information at https://www.iowacourts.gov/for-the-public/ada/).  Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 6,500.00 plus court costs based on (state briefly the basis for the demand, not to exceed $6500):

On 12/21/21 Holm represented that he would be performing Plaintiff's surgery, and then (bate & switch) substituted a student/trainee named Mohammad Ansari.  Holm then falsified the consent form, illegally adding Plaintiff's signature. Plaintiff suffered post-surgery complications at the hands of the trainee, along with pain & suffering, anguish & torment. Battery/Document Fraud/Identity Theft.

2. **Judgment may be entered against you unless** you file an Appearance and Answer within **20 days** of the service of the Original Notice upon you.  Judgment may include the amount requested plus interest and court costs.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is filed within **20 days** and you deny the claim, you will receive electronic notification through EDMS of the place and time of the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

6. You must also notify the clerk's office of any address change.

*Continued on next page*

Small Claims Form 3.1, page 1 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

/s/ *[signature: Matt Nasuti]*
Filing Plaintiff or Attorney
Matt Nasuti
Law firm, or entity for which filing is made, if applicable
2410 Broadway St, Apt. A, Dubuque, IA 52001
Mailing address
(413) 772-9802
Telephone number
mattnasuti@hotmail.com
Email address
_____
Additional email address, if applicable

/s/ _____
Second Plaintiff, if applicable
_____
Law firm, or entity for which filing is made, if applicable
_____
Mailing address
_____
Telephone number
_____
Email address
_____
Additional email address, if applicable

Small Claims Form 3.1, page 2 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

# Iowa Judicial Branch

Case No. **SCSC101556**
County **Johnson**

Case Title   MATT NASUTI V. ADRIAN HOLM

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued   **03/24/2022 03:47:37 PM**



District Clerk of Court or/by Clerk's Designee of  Johnson        County
/s/ Natalie Miller

Exhibit A
9 of 11



March 30, 2022

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9269 3901 0661 5400 0174 1908 98**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | March 30, 2022, 10:13 am |
| Location: | IOWA CITY, IA 52246 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | ADRIAN HOLM |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[mark]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92693901066154000174190898
SCSC101556
ADRIAN HOLM
601 U.S. 6 WEST
IOWA CITY, IA  52246-0000

# Return of Service

JOHNSON COUNTY SHERIFFS OFFICE • PO BOX 2540, 511 S CAPITOL ST, IOWA CITY, IA 52244-2540 • (319) 356-6030

## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

**STATE OF IOWA** )
) SS
**JOHNSON COUNTY** )

Docket No: 22-01053
Court No: SCSC101556
Reference No:
Received: 04/04/2022

PLAINTIFF: NASUTI, MATT
vs.
DEFENDANT: DR ADRIAN HOLM

| Requestor(s) | Address | Phone |
|---|---|---|
| NASUTI, MATT | 2401 BROADWAY APT A, DUBUQUE, IA 52001 | (413) 772-9802 |

ADVANCED FEES PAID

### SERVED PARTY

Name: DR ADRIAN HOLM  Party Type: DEFENDANT
Address: VAMC GI CLINIC, IOWA CITY, IA

### SERVICE INFORMATION

Document(s): SMALL CLAIMS ORIGINAL NOTICE
Type of Service: SUBSTITUTE  Status: SERVED
By Serving: DONNIE MORLAN  Race: WHITE
Relationship: RISK MANAGEMENT STAFF  Sex: MALE
Location: VAMC  Birth Date: 8/20/1963
Comments:

| | Date | Time | Officer | Notes |
|---|---|---|---|---|
| Service ▶ | 04/06/2022 | 13:28 | 5261 • CHRIS DOWNES | |

### FEES

| Date | Item Name | Item Description | Charges | Receipts | Balance |
|---|---|---|---|---|---|
| 04/04/2022 | CHECK | | | $60.00 | |
| 04/04/2022 | SERVICE FEES | COPY FEES | $2.00 | | |
| 04/07/2022 | MILEAGE | | $1.76 | | |
| 04/07/2022 | REFUNDS | DB REFUND TO: NASUTI, MATT | $26.24 | | |
| 04/07/2022 | SERVICE FEES | | $30.00 | | |
| | | | $60.00 | $60.00 | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct. Brad Kunkel, Sheriff, Johnson County, Iowa

*[signature]* 5261

Deputy Sheriff or Designee  Date

Exhibit A
11 of 11