# Declaration of Matt Nasuti

I, Matt Nasuti, herby swear to the following:

In December, 2021, I was assaulted by a VA doctor and injured. When I reported that to:

1. The Office of the VA Inspector General;

2. The VA Iowa City Medical Center Director; and

3. The VA Iowa City Patient Advocate;

I was ignored.

- The OIG has never contacted me. Its form acknowledgement states that if I do not hear from them in six weeks, I should assume that they have rejected my criminal complaint, which is quite insulting.

- Defendant Johnson-Mekota has never called me, responded to my letters or even acknowledged my letters! She has refused to meet with me.

- The Iowa City Patient Advocate ceased advocating for me (actually it is not clear if they ever advocated for me).

It is futile to plead this to the Office of the U.S. Attorney as it has elected to represent the criminal defendant! No one in that office or in the FBI ever contacted me. For the past five months I have struggled to obtain basic medical care from the Veterans Administration (Iowa City Region). I have also faced hostility and neglect from the VA.

## Assault and Battery

On December 21, 2021, Defendant Holm represented to me that He would be performing my surgery (colonoscopy) at the Iowa City VA Medical Center (and that is how

1

he entered the information in the VA's records). However, he then (bate & switch) substituted a student/trainee named Mohammad Ansari to perform the procedure. Defendant Holm falsified the VA consent form illegally adding my signature to a form that I had never seen or was told about.

Defendant Holm also falsified the form with his signature certifying that he had advised me as to the form and its contents. I did not and would not have consented to the medical procedure performed by Ansari. I suffered post-surgery complications at the hands of this trainee, along with pain & suffering, anguish & torment.

On January 5, 2022 I sent to Defendant Holm a secure e-mail asking:

**"Please explain any complications, problems, unusual things you did"**

(as such might explain my symptoms). Nurse Andrea Dotson with the IC-GI Clinic wrote back to me in a secure e-mail stating that she would pass my comments onto Dr. Holm for a response. He never responded.

## Criminal Complaint to the VA OIG

On or about March 7, 2022, I filed a criminal complaint with the VA's Office of Inspector General (OIG) regarding my assault/battery by VA doctor Holm. It, of course, ignored the filing, but insidiously, the OIG's automated reply states that if the victim does not hear from the OIG in six weeks, they should assume that the criminal complaint has been rejected! The OIG never contacted me. The OIG does not even dignify victims of VA crimes with a simple e-mail about its decision. The contempt for the public is obvious, deeply engrained and very disturbing.

## Fraudulent Medical Records

I generated a request for a copy of my medical records for my surgery and several weeks later received a stack of papers. I was shocked to discover numerous false statements and entries about my surgery. The most serious was the presence of a quite detailed four-page informed consent form that was inserted into my medical records. I had never seen it, was never offered a copy and I never signed it, yet my signature was attached! I signed a pin register thing that Dr. Holm said was a simple consent to the procedure. My signature was apparently then taken and fraudulently attached to this form.

### Chest and Left Hand Injuries

On January 2, 2022, I fell on black ice and injured my left hand and right ribs. I rigidly splinted a clearly mallet finger on my left hand and went to bed. I was too shook up to drive. On January 3, 2022 I drove to the VA Clinic in Dubuque and was turned away for emergency treatment (i.e., I was told that there were no doctors or nurses in the facility at the time). VA-Dubuque nurse Ann Hosch later confirmed to me that medical personnel were at the clinic, that I should not have been turned away, and that the VA would investigate what happened.

In the afternoon of January 4, I was advised by VA to seek treatment in Iowa City. I had to rent a car and then I traveled there the morning of January 5, 2022. I was admitted into the Emergency Room at the VA Medical Center. They took three x-rays of my hand but refused to x-ray my chest. VA doctor Matsumoto, who physically examined me, said I may well have fractured ribs, but he said he never confirms such things with x-rays.

The nurse re-splinted my fourth finger, but no functionality or nerve damage tests conducted of my hand or the other fingers, despite the fact that the whole hand was numb, black & blue in places and swollen in places. VA ordered no imaging of the nerves, tendons or ligaments. I was told nothing about my fourth finger injury other than that the tendon had ripped completely off and the splint would come off in 6-8 weeks.

On January 6, 2022 I generated a list of questions to the VA clinic in Dubuque about my injury, the splint, my chances of full recovery etc. It was sent to Nurse Ann Hosch. I received a few half-answers to a few questions, but most were never answered.

### Appeal to the Patient Advocate

On January 31, 2022, frustrated with the lack of answers from the Dubuque clinic and its refusal to diagnose all my fingers and the entire hand with proper imaging, and the VA's complete refusal to diagnose my chest injuries, I sent a detailed letter to the Patient Advocate at the Iowa City Medical Center. I later learned that it was assigned to a Jonathan Isaman.

### VA Regional Counsel in Akron, Ohio

Frustrated by the refusal of anyone in Iowa City to speak to me, and unable to obtain any answers about the lack of care I was receiving, I reached out to their regional counsel on February 2, 2022. I was told my matter was assigned by Dennis McGuire to attorney Eric Waage (whom VA informed me is a she). She has never contacted me.

### First Letter to Defendant Johnson-Mekota

When the Patient Advocate failed to respond to me, I, on February 7, 2022, sent the same information in a USPS letter to Defendant Johnson-Mekota setting forth the

inadequate care and abuse I had received, and detailing the assault. I received no response from her.

### February 14, 2022 Video-Conference with Dr. Putman

At approximately 9:45 a.m. on February 14, 2022, I participated in a video-conference at the Dubuque VA Clinic with a quite elderly Dr. James Putman.

Putman rambled and was completely confused. He had not reviewed my file and attempted to bluff his way through. When I began asking him pointed questions about my condition he repeatedly responded that he did not know the answers. Finally, he cut off my questions and stated: "We should send you to a specialist."

**Note:** Putman was supposed to refer my left hand and chest injuries to a specialist but he never did. He later did make a referral for just one of my fingers. It took weeks to have that changed to my whole hand, but still he backed away from any independent review of my chest injuries, which remain undiagnosed. All of this delayed my care for my hand another month, and for my chest – indefinitely.

### Patient Advocate Telephone Call

On February 15, 2022, I received a telephone call from Patient Advocate Jonathan Isaman. He informed me that both he and Defendant Johnson-Mekota had received my letters and she had assigned her letter to an official named Brian Clark. I later learned from the Iowa City Globe-Gazette, that Clark is the press spokesman for Defendant Johnson Mekota. She did not assign my letter to an official to investigate, but to her press secretary to prepare spin! Mr. Clark never contacted me.

Over the next three weeks I generate several more e-mails to the Patient Advocate seeking treatment for my hand and chest, with no response.

### Second Letter to Defendant Johnson-Mekota

On March 4, 2022 I mailed a second letter to Johnson-Mekota, and per her apparent policy – received no response. It has proven impossible to obtain any information from Defendant Johnson-Mekota's medical center. There are lots of laws and rules mandating transparency, but if no one complies with them, the protections are worthless. She has circled the wagons in order to protect everyone, including herself.

### March 17, 2022 Appointment with Medical Associates, P.C.

On March 17, 2022, I finally was able to visit with Medical Associates' Jason Schultz, who examined my left hand. As I detailed to the VA in an e-mail later that day, Jason essentially said that everything the VA did was wrong. There was colossal malpractice. In summary, Jason met me blind, as the VA forwarded none of my medical records to him. That forced Jason to order five hand x-rays as he did not have the VA x-rays. I was exposed to five x-rays solely due to VA negligence.

Jason stated that the VA splint on my fourth finger was the wrong size and it was attached incorrectly and it was left on far too long. He stated that my finger should have been hyper-extended in the splint. He was concerned about the damage to my blistered and near-bleeding skin and my partial numbness and pain. He said that the VA should have objected to the splint on my third finger and he immediately removed it.

He could not say how much use/flexibility/strength/durability I would get back in the four fingers as the fingers were all stiff and some swollen. He stated that the fourth

finger would always be weaker with the potential for re-injury. He could not state whether I could ever lift anything heavy with it or grasp anything with confidence. Those are issues for the follow-on visits. He said I had suffered some permanent injuries, including tip deformity, which I believe is technically called "extension lag." The degree of deformity is significant and appears greater than many others who posted on the Internet.

Medical Associates later determined that there is a 24 degree lag (permanent bend) in my finger, which is considered a very poor medical outcome. I was never told any of this by the VA. The VA never advised me of any of these probable complications.

Later that day I e-mailed Patient Advocate Jonathan Isaman, detailing all of this and asked him to set up a meeting for me with the Iowa City Medical Center Director Johnson-Mekota. I concluded by writing:

> **VA's management should be taking immediate action to address
> all of this malpractice, and prevent more victims,
> but unfortunately it never will as its level of care and
> its interest in quality and accountability seems non-existent.
> I am very disappointed in it and I am exhausted.
> I have to somehow deal with all of this.**

VA never agreed to set up the meeting and I received no response from Mr. Isaman.

I sent the VA in Dubuque a request for a meeting with Dr. Hinnen, whom I was told replaced Dr. Putman as my primary physician. He initially refused to meet with me but finally agreed on March 21, 2022.

### March 21, 2022 Meeting with Dr. Hinnen

I traveled to the VA Dubuque clinic for a meeting with a Dr. Robert Hinnen and Nurse Megan Staner. The reason for the meeting was my undiagnosed chest injuries. I was told by VA that Dr. Putman, more than a month earlier, had ordered x-rays for me. I

7

was never told about the order. I asked Hinnen about the radiological order. He said it was two chest x-rays. I responded that a VA nurse had told me it was five chest x-rays, which seemed excessive and a lot of radiation. Hinnen got flustered as he had lied to me and never looked at the file. I asked him why five chest x-rays and he could not explain. I then asked him "Why are you being so hostile?"

After he calmed down, I asked him for a copy of my radiological order and he refused to provide it and would not explain why. I asked him what the x-ray views were that were ordered.

Hinnen said my questions were "ridiculous" and then he stormed out of the room stating that I could see a doctor in Iowa City for my medical needs. He left me and the nurse in the room. I got my things and the nurse guided me out.

## March 24th Receipt of Threatening Letter

Three days later, on March 24, 2022, I received by next day mail in Dubuque, an anonymous threatening letter on VA Iowa City stationary (Ex. 1). It announced that I had been accused by unidentified person(s) of unspecified violent/disruptive acts (no facts provided other than the violence occurred on March 21, 2022). It went on to state that on March 22, 2022, I essentially was convicted by a secret VA court (members not identified).

It was definitely a final agency decision because VA announced that this was strike one against me and if my violent conduct **continued,** I would be denied local medical care, and (as a threat to the public), I would have to report to VA police!

The letter recited no due process that I was entitled to.

As I am 65 years old, 5'4", about 139 pounds, with a crippled-by-the-VA left hand, and I lean towards the feminine, whatever "danger" I presented, is quite absurd as I am all-but physically helpless.

It is quite scary and terrorizing that criminal allegations can be fabricated, apparently by a VA doctor, and one can then be convicted, all in secret, with only one side presenting their "facts." I fear returning to any VA facility.

Ex. 2 is a true and correct copy of 38 C.F.R. §17.107.

Ex. 3 is a true and correct copy of the first two pages of VA Directive 2010-053.

Ex. 4 is a true and correct copy of three articles about the VA Red Flags.

## FOIA Request

On March 24, 2022 I generated a Freedom of Information Act (FOIA) request seeking information about my VA criminal trial and conviction. A true and correct copy is attached as Ex. 5.

On April 7, 2022 I received an invoice from the VA demanding $4,346.01 in search fees. A true and correct copy of her letter is attached as Ex. 6. I refused to pay the demand. Iowa City VA FOIA manager Kelly Lebsack stated that my FOIA request was on hold until I paid her.

On April 21, 2022, I received an e-mail from Ms. Lebsack stating that my FOIA request had been elevated to VA's Headquarters for review.

I have received no documents from Ms. Lebsack, not even redacted documents.

## My Current Health Status

1.     I have pain, numbness, swelling and loss of use of my left hand. I have no idea the extent of the injuries to my hand as no one will tell me or diagnose me. I fear that I will never recover the use or full use of my left hand and that the injuries will be permanent in some form. That is how things are sizing up. That means I may never be able to never work again and day to day living will remain difficult, painful and limiting.

2.     Regarding my chest injuries, I still do not know what they were/are, which is most disturbing.

3.     Regarding my apparent colon injuries caused by the trainee, I do not know what they are. I continue to have periodic colon pain, which I never had before. Colon injures and the risk of a future rupture could be fatal. How does one live with that?

A person consults a physician in order (first of all) to determine how injured they are. After five months I do not know if my colon was injured and if so how severe. What were my chest injuries and have they all healed? I remain in the dark as to how damaged the tendons are in four of my fingers. They are re-attached, but are they 10% reattached (i.e., just hanging on) or 30% or 50%? If one or more is just 10%, then it is very dangerous to begin aggressive physical therapy due to the risk of a horrible re-tear. No one at the VA or Medical Associates will answer any of my questions and none seem concerned at their refusal to answer.

The VA and the U.S. Department of Political Justice have expressed no concern at learning about the extent of my injuries, or their permanence, as it will all reflect on the VA's malpractice and tortuous conduct.

I live in a one-bedroom apartment in the high-crime part of town. I cannot work and have to get by on my Social Security check. I have no reliable automobile so I cannot travel out of town without renting a car. I cannot afford private treatment. Every day of delay makes things worse.

I swear the above is true and correct under penalty of perjury.	April 27, 2022

*Matt Nasuti* [signature]

Matt Nasuti