# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

MATT NASUTI,

                    **CIVIL NUMBER: 3:22-cv-00025-RGE-SBJ**

    Plaintiff(s),

  v.                            **JUDGMENT IN A CIVIL CASE**

ADRIAN HOLM, JUDITH JOHNSON MEKOTA, DENIS RICHARD MCDONOUGH, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, MEDICAL ASSOCIATES CLINIC, PC, and DOES 1–30,

    Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

that the Defendants' Motion to Dismiss is granted. Judgment is in favor of Defendants' and against Plaintiff Matt Nasuti.

Date: November 1, 2022

                                            CLERK, U.S. DISTRICT COURT

                                            /s/ Brian Phillips

                                            By: Deputy Clerk